THE LAW OFFICE OF JEFF CHABROWE
_____

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 212.736.3910

## MEMORANDUM ENDORSED

November 26, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2025

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom: 12C
New York, NY 10007-1312
WoodsNYSDChambers@nysd.uscourts.gov

Re:  United States v Tavera et al., 25cr330-GHW
     Letter Motion to Modify Dangeline Contreras de Aza Release Conditions to Permit Local
     Thanksgiving Day Travel

Dear Judge Woods:

I represent Ms. Contreras de Aza.  We request permission for her to travel locally on
Thanksgiving Day, November 27, 2025, to spend the holiday with her aunt who resides at 1500
Noble Avvenue, Bronx, NY 10460.  Pre-Trial consents to this request.

Thank you.

Sincerely,

*Jeff Chabrowe*
_____
JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Dangeline Contreras de Aza*

cc: AUSA Justin Hortin
    SDNY Pre-Trial,  natasha_ramesar@nyspt.uscourts.gov

Application granted.  The conditions of Ms. Contreras de Aza's pretrial release are modified as follows: the
defendant may travel to 1500 Noble Avenue, Bronx, NY 10460 for the holiday.  The defendant is directed to
provide her pretrial services officer her itinerary prior to her travel.  No deviations are permitted.  All other
conditions of the defendant's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 78.
SO ORDERED.
Dated:  November 26, 2025
_____
GREGORY H. WOODS
United States District Judge