# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2025

**MEMORANDUM ENDORSED**     December 29, 2025

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re:    *USA v. Dangeline Contreras de Aza,* Case No. 25-CR-330-GHW
       Request for Extension of Bond Suretors Deadline

Dear Judge Woods:

I represent Dangeline Contreras de Aza in the above case. I am requesting a 10-day extension of Ms. Contreras de Aza's deadline for having two co-signers for her $50,000 bond. Her first suretor, Gustavo Rosario, was interviewed by the U.S. Attorney's Office on November 18, 2025, and approved. Her second suretor, Cesar Contreras de Aza, is in the process of preparing to be interviewed. The process has been delayed by the holidays. The government consents to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
**Counsel for Defendant Dangeline Contreras de Aza**

Application granted.  Ms. Contreras de Aza's deadline to secure two co-signers for her $50,000 bond is extended to January 9, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 90.
SO ORDERED.
Dated:  December 29, 2025

GREGORY H. WOODS
United States District Judge