# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

## MEMORANDUM ENDORSED

January 9, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__1/12/2026__

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *USA v. Dangeline Contreras de Aza, Case No. 25-CR-330-GHW*
     *Request for Modification of Bail Conditions*

Dear Judge Woods:

  I represent Dangeline Contreras de Aza in the above case. I am writing to you to request a modification of the defendant's conditions of release from home detention with location monitoring to curfew with location monitoring. We would respectfully request that the hours be set at the discretion of Pretrial Services to modify the defendant's curfew as needed.

  The defendant is self-employed and an accountant for variety of companies and individuals. This employment requires the defendant to travel to multiple businesses throughout the day. Furthermore, the defendant is also caring for a 2-month-old, that requires her to drop off the child at family members houses to assist in childcare. Her employment and frequent movement for childcare are not conducive under home detention. It should be noted for the court, that the defendant has been on maternity leave since the start of supervision.

  In the initial bail report, Pretrial Services did not request any location monitoring and believes that curfew with location monitoring is, at this time, the least restrictive condition while also effectively monitoring the defendant's conditions of release.

  Given the noted above and the defendant's compliance, Pretrial Services has no objection to the modification request. The government defers to Pretrial Services.

  Thank you for your time and consideration in this matter.

Application granted. The conditions of Ms. Contreras de Aza's pretrial release are modified as follows: the condition requiring home detention with location monitoring is deleted and replaced with a curfew set by Pretrial Services with location monitoring. All other conditions of Ms. Contreras de Aza's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 94.
SO ORDERED.

Dated: January 12, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

*Jeff Chabrowe*
_____
**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com