# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/12/2026__

**MEMORANDUM ENDORSED**        May 12, 2026

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re:    *USA v. Dangeline Contreras de Aza,* Case No. 25-CR-330-GHW
       Letter Motion for Modification of Probation Conditions

Dear Judge Woods:

       I represent Dangeline Contreras de Aza in the above case. I request that Ms. Contreras de Aza be allowed to attend an in-person meeting for her work the morning of Wednesday, May 13. The meeting will be held at the U.S. Department of Labor's Northern New Jersey District Office, located at 200 Sheffield Street Suite 102, Mountainside, New Jersey 07092.

       I respectfully request that my Ms. Contreras de Aza be allowed to attend this work meeting on May 13. Pretrial Services consents to this request. The US Attorney's Office defers to Pretrial Services.

       Thank you for your time and consideration in this matter.

                                         Respectfully submitted,

                                         *Jeff Chabrowe*

                                         **JEFFREY CHABROWE, ESQ.**
                                         **LAW OFFICES OF JEFFREY CHABROWE**
                                         521 Fifth Avenue, 17th Floor
                                         New York, NY 10175
                                         (917) 529-3921
                                         jeff@chabrowe.com
                                         ***Counsel for Defendant Dangeline Contreras de Aza***

Application granted.  Ms. Contreras de Aza's pretrial conditions are modified as follows:  Ms. Contreras may visit the U.S. Department of Labor's Northern New Jersey District Office at the address outlined above on the morning of Wednesday, May 13, 2026.  Ms. Contreras must travel directly to and return immediately from that address.  No deviations are permitted.  All other conditions of Ms. Contreras's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 114.
SO ORDERED.

Dated:  May 12, 2026                    _____
New York, New York                      GREGORY H. WOODS
                                        United States District Judge