# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

**MEMORANDUM ENDORSED**

June 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2026

Hon. Gregory H. Woods
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re:    *USA v. Dangeline Contreras de Aza, Case No. 25-CR-330-GHW*
       *Letter Motion for Modification of Probation Conditions*

Dear Judge Woods:

I represent Dangeline Contreras de Aza in the above case. I request that Ms. Contreras de Aza be permitted to travel to the Consulate of the Dominican Republic in Paterson, New Jersey, for work on Thursday, July 2. The consulate address is: 140 Market Street, 6th Floor, Paterson, New Jersey 07505. Pre Trial is not opposed to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Dangeline Contreras de Aza***

Application granted.  The conditions of the defendant's conditions of pretrial release are modified as follows:  the defendant may travel to the Consulate of the Dominican Republic on July 2, 2026.  No deviations are permitted.  All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 119.

SO ORDERED.
Dated:  June 30, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge