# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 7/10/2026

July 10, 2026

Hon. Gregory H. Woods
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

**MEMORANDUM ENDORSED**

Re: *USA v. Dangeline Contreras de Aza, Case No. 25-CR-330-GHW*
*Letter Motion for Modification of Bail Conditions*

Dear Judge Woods:

I represent Dangeline Contreras de Aza in the above-captioned matter. I respectfully request that the Court modify Ms. Contreras de Aza's conditions of release by removing the curfew and location monitoring requirements. All other conditions of her pretrial release would remain unchanged.

Ms. Contreras de Aza has been fully compliant with all conditions of her release. Pretrial Services does not oppose this requested modification. The Government defers to Pretrial.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Jeff Chabrowe


**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Dangeline Contreras de Aza***


Application denied. This application does not provide the Court sufficient justification to modify the defendant's conditions of pretrial release. Her compliance with the terms of her pretrial release is expected, not a change in circumstances. Nor does the fact that pretrial services does not oppose the request provide an affirmative rationale for the Court to reevaluate the defendant's risk of flight or danger to the community.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 125.

SO ORDERED.
Dated: July 10, 2026

GREGORY H. WOODS
United States District Judge