THE LAW OFFICE OF JEFF CHABROWE
521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

July 27, 2026

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re: *USA v. Dangeline Contreras de Aza, Case No. 25-CR-330-GHW*
*Letter Motion for Modification of Bail Conditions*

Dear Judge Woods:

I represent Dangeline Contreras de Aza in the above-captioned matter. I respectfully request that the Court modify Ms. Contreras de Aza's conditions of release by removing the curfew and location monitoring requirements. All other conditions of her pretrial release would remain unchanged.

This request is based on a significant change in Ms. Contreras de Aza's personal circumstances. She recently separated from the father of her one-year-old child and is now the sole provider and primary caregiver for her young child.

In order to support her family, Ms. Contreras de Aza has expanded her efforts to grow her travel business. Her work schedule now frequently varies based on client needs and business opportunities, requiring her to occasionally leave home earlier or remain at work later than permitted by her current curfew. While her work will not require these schedule changes every day, she expects that it will be necessary a few times each week. Under these circumstances, requiring her to seek temporary curfew modifications each time her work schedule changes would not be practical.

The requested modification is intended solely to accommodate Dangeline's changed personal circumstances and allow her to better provide for her one-year-old child. She poses no risk of flight, as she has strong ties to the community through her successful business and is the primary caregiver to her infant child.

Ms. Contreras de Aza has been fully compliant with all conditions of her release. Pretrial Services does not oppose this requested modification. The Government defers to Pretrial.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Jeff Chabrowe

JEFFREY CHABROWE, ESQ.

**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Dangeline Contreras de Aza***

Application granted. The conditions of Ms. Contreras de Aza's pretrial release are modified as follows: the condition requiring a curfew set by Pretrial Services with GPS monitoring is deleted. All other conditions of Ms. Contreras de Aza's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 132.
SO ORDERED.

Dated: August 4, 2026
New York, New York

GREGORY H. WOODS
United States District Judge