THE LAW OFFICE OF JEFF CHABROWE
521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 10/16/2026

October 16, 2026

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re: *USA v. Dangeline Contreras de Aza,* Case No. 25-CR-330-GHW
Letter Motion for Modification of Bail Conditions

Dear Judge Woods:

I represent Dangeline Contreras de Aza in the above case. I respectfully request that Ms. Contreras de Aza be permitted to travel to Orlando, Florida, from Monday, October 19 through Saturday, October 24, for work-related purposes.

During her trip, Ms. Contreras de Aza will meet with travel agency owners, representatives, and prospective clients to discuss potential business partnerships and travel services. The purpose of the trip is to strengthen professional relationships, expand her business network, and develop new client and business partnerships. As a single mother, she is working diligently to grow her business to support herself and her child. Ms. Contreras de Aza remains committed to complying with all conditions of her pretrial release.

During her trip, she will be staying at 4509 Target Boulevard, Kissimmee, Florida 34746. She is scheduled to depart from LaGuardia Airport on October 19 at 7:00 a.m. on Delta Flight 1164. Her return flight, Delta Flight 2812, is scheduled to depart from Orlando International Airport on October 24 at 1:55 p.m. and arrive at LaGuardia Airport at 4:34 p.m.

Throughout her trip, Ms. Contreras de Aza will remain in communication with her Pretrial Services Officer and will return to New York on October 24, as scheduled.

Pretrial Services and the Government do not oppose this request. Thank you for your time and consideration in this matter.

Application granted. The conditions of Ms. Contreras de Aza's pretrial release are modified as follows: the defendant may travel to Orlando, Florida from October 19, 2026 to October 24, 2026. No deviations are permitted. All other conditions of the defendant's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 140.
SO ORDERED.

Dated: October 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175